**PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

Name: MADDEN, GIFFORD M
  (Last)   (First)   (Initial)

Prisoner Number: J-63532

Institutional Address: POST OFFICE BOX 689, SOLEDAD, CA. 93960

---

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

GIFFORD M. MADDEN
(Enter the full name of plaintiff in this action.)

vs.

BEN CURRY, Warden,
BOARD OF PAROLE HEARINGS AND It's
AGENTS INDIVIDUALLY AND IN THEIR
OWN CAPACITY. et al.......
(Enter the full name of respondent(s) or jailor in this action)

Case No. C08 01907 RMW
(To be provided by the clerk of court)

**PETITION FOR A WRIT OF HABEAS CORPUS**

---

<u>Read Comments Carefully Before Filling In</u>

<u>When and Where to File</u>

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were **not** convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS         - 1 -

**Who to Name as Respondent**

You must name the person in whose actual custody you are. This usually means the Warden or jailor. Do not name the State of California, a city, a county or the superior court of the county in which you are imprisoned or by whom you were convicted and sentenced. These are not proper respondents.

If you are not presently in custody pursuant to the state judgment against which you seek relief but may be subject to such custody in the future (e.g., detainers), you must name the person in whose custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack was entered.

## A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

1. What sentence are you challenging in this petition?

    (a) Name and location of court that imposed sentence (for example; Alameda County Superior Court, Oakland):

    ORANGE COUNTY, SUPERIOR COURT        SANTA ANA, CALIFORNIA
    Court                                 Location

    (b) Case number, if known ___G039448___

    (c) Date and terms of sentence ___DECEMBER OF 1993 - 19 years to life___

    (d) Are you now in custody serving this term? (Custody means being in jail, on parole or probation, etc.)   Yes _XXX_   No _____

    Where?

    Name of Institution: ___CORRECTIONAL TRAINING FACILITY___

    Address: ___POST OFFICE BOX 689, SOLEDAD, CA. 93960___

2. For what crime were you given this sentence? (If your petition challenges a sentence for more than one crime, list each crime separately using Penal Code numbers if known. If you are challenging more than one sentence, you should file a different petition for each sentence.)

    ( 2nd, )  SECOND DEGREE MURDER PENAL CODE 187

PET. FOR WRIT OF HAB. CORPUS        - 2 -

1
2
3
4  3. Did you have any of the following?

   Arraignment:              Yes __XX__   No _____
   Preliminary Hearing:      Yes __XX__   No _____
   Motion to Suppress:       Yes __XX__   No _____

4. How did you plead?

   Guilty _____   Not Guilty __XX__   Nolo Contendere _____

   Any other plea (specify) __N/A_____

5. If you went to trial, what kind of trial did you have?

   Jury __XX__   Judge alone _____   Judge alone on a transcript _____

6. Did you testify at your trial?           Yes __XX__   No _____

7. Did you have an attorney at the following proceedings:

   (a) Arraignment                          Yes __XX__   No _____
   (b) Preliminary hearing                  Yes __XX__   No _____
   (c) Time of plea                         Yes __XX__   No _____
   (d) Trial                                Yes __XX__   No _____
   (e) Sentencing                           Yes __XX__   No _____
   (f) Appeal                               Yes __XX__   No _____
   (g) Other post-conviction proceeding     Yes __XX__   No _____

8. Did you appeal your conviction?          Yes __XX__   No _____

   (a) If you did, to what court(s) did you appeal?

       Court of Appeal                      Yes __XX__   No _____
       Year: __1995__   Result: __DENIED_____

       Supreme Court of California          Yes __XX__   No _____
       Year: __1999__   Result: __DENIED_____

       Any other court                      Yes _____    No _____
       Year: _____   Result: __N/A_____

   (b) If you appealed, were the grounds the same as those that you are raising in this

petition?                                                 Yes _____   No XX

    (c)    Was there an opinion?                    Yes _____   No XX

    (d)    Did you seek permission to file a late appeal under Rule 31(a)?

                                                                                   Yes _____   No XX

If you did, give the name of the court and the result:

NOT APPLICABLE

9. Other than appeals, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal?    Yes _____   No XX

[Note: If you previously filed a petition for a writ of habeas corpus in federal court that challenged the same conviction you are challenging now and if that petition was denied or dismissed with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider this petition. You may not file a second or subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28 U.S.C. §§ 2244(b).]

    (a)    If you sought relief in any proceeding other than an appeal, answer the following questions for each proceeding. Attach extra paper if you need more space.

    I.    Name of Court: _____NOT APPLICABLE_____

Type of Proceeding: _____

Grounds raised (Be brief but specific):

    a. _____NOT APPLICABLE_____

    b. _____

    c. _____

    d. _____

Result: _____ Date of Result: _____

    II.    Name of Court: _____NOT APPLICABLE_____

Type of Proceeding: _____

Grounds raised (Be brief but specific):

PET. FOR WRIT OF HAB. CORPUS    - 4 -

|   |   |   |
|---|---|---|
| 1 | | a. _____NOT APPLICABLE_____ |
| 2 | | b. _____ |
| 3 | | c. _____ |
| 4 | | d. _____ |
| 5 | | Result: _____ Date of Result: _____ |
| 6 | III. | Name of Court: _____NOT APPLICABLE_____ |
| 7 | | Type of Proceeding: _____ |
| 8 | | Grounds raised (Be brief but specific): |
| 9 | | a. _____NOT APPLICABLE_____ |

1
2
3
4
5
6    III.  Name of Court: _____NOT APPLICABLE_____
7         Type of Proceeding: _____
8         Grounds raised (Be brief but specific):
9              a. _____NOT APPLICABLE_____
10             b. _____
11             c. _____
12             d. _____
13         Result: _____ Date of Result: _____
14   IV.  Name of Court: _____NOT APPLICABLE_____
15         Type of Proceeding: _____
16         Grounds raised (Be brief but specific):
17             a. _____NOT APPLICABLE_____
18             b. _____
19             c. _____
20             d. _____
21         Result: _____ Date of Result: _____
22   (b)  Is any petition, appeal or other post-conviction proceeding now pending in any court?
23                                              Yes _____    No  XXX
24        Name and location of court: _____NOT APPLICABLE_____

25  B. GROUNDS FOR RELIEF
26      State briefly every reason that you believe you are being confined unlawfully. Give facts to
27 support each claim. For example, what legal right or privilege were you denied? What happened?
28 Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS         - 5 -

need more space. Answer the same questions for each claim.

[Note: You must present ALL your claims in your first federal habeas petition. Subsequent petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant, 499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

Claim One: Penal code §3041 creates a liberty interest protected by the federal Due Process Clause. US Constitution 5th & 14th Amendments.

Supporting Facts: CALIFORNIA PENAL CODE 3041 CREATES A CONSTITUTIONALLY PROTECTED LIBERTY INTEREST THAT THE BOARD OF PAROLE HEARINGS SHALL RELEASE PETITIONER WHEN CERTAIN PREREQUISITE CONDITIONS ARE MET; WHCIH WERE MET IN THIS CASE. FAILURE TO SET PETITIONER A PAROLE DATE HAS VIOLATED MY DUE PROCESS RIGHTS.

Claim Two: THE BOARD'S UNSUITABILITY DETERMINATION WAS UNSUPPORTED BY EVIDENCE THAT WOULD BRING PETITIONERS CASE WITHIN THE TERMS OF PENAL CODE 3041(B).

Supporting Facts: THE CALIFORNIA LEGISLATURE HAS SPECIFIED THAT IF THE GRAVITY OF THE COMMITMENT OFFENSE SHOWS THAT THE INDIVIDUAL WOULD BE A THREAT TO PUBLIC SAFETY THEN THE BOARD MAY DETERMINE THAT THE INDIVIDUAL IS UNSUITABLE FOR PAROLE. THE BOARD'S CONTINUED DENIAL OF A PAROLE DATE BASED ON THE OFFENSE VIOLATES PETITIONERS DUE PROCESS.

Claim Three: THE FINDINGS MADE AND REASONS PROFFERED BY THE BOARD ARE AN ABUSE OF DISCRETION CONFERRED UPON THE BOARD BY THE LEGISLATURE.

Supporting Facts: THE BOARD'S DISCRETION IS ABUSED BY FACTUAL FINDINGS THAT ARE NOT SUPPORTED BY SOME EVIDENCE. THE BOARD MUST SET A PRIMARY TERM BASED ON PETITIONER'S INDIVIDUAL CULPABILITY AND PROPORTIONATE TO HIS OFFENSE WHICH IT FAILED TO DO IN THIS CASE.

If any of these grounds was not previously presented to any other court, state briefly which grounds were not presented and why:

ALL GROUNDS PRESENTED HEREIN HAVE BEEN EXHAUSTED IN THE CALIFORNIA STATE COURTS.

PET. FOR WRIT OF HAB. CORPUS         - 6 -

1  List, by name and citation only, any cases that you think are close factually to yours so that they
2  are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning
3  of these cases:
   MCQUILLION V. DUNCAN, 306 F.3d 895, BOARD OF PARDONS V. ALLEN, 482 U.S. 369
4
   GREENHOLTZ V NEBRASKA PENAL INMATES 442 U.S. 1, BIGGS V TERHUNE, 334 F.3d
5
6  910, IRONS V CAREY 479 F.3d 658, SASS V CAL. BD. OF PRISON TERMS 461 F.3d
   1123.
7  Do you have an attorney for this petition?           Yes____   No XX

8  If you do, give the name and address of your attorney:
                       NOT APPLICABLE
9  _____

10  WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in
11  this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

12
13  Executed on 21 March 2008                    /s/ Clifford Madden
14           Date                                    Signature of Petitioner

20  (Rev. 6/02)

PET. FOR WRIT OF HAB. CORPUS       - 7 -

CLIFFORD MADDEN T63532
P.O. Box 689 B328L
SOLEDAD CA 93960

SANTA ANA CA 927
07 APR 2008 PM 2 T

Office of the Clerk - U.S. District Court
Northern District of California
280 South First St    Room 2112
San Jose    CA 95113-3095

95113+3002