*E-FILED 11/20/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIFFORD M. MADDEN,          ) | No. C 08-1907 RMW (PR) |
| )  | |
| Petitioner,    ) | ORDER GRANTING |
| ) | EXTENSION OF TIME |
| vs.                         ) | |
| ) | |
| B. CURRY, Warden,           ) | |
| ) | |
| Respondent.    ) | |
| _____) | |

Good cause appearing, petitioner is hereby granted an extension of time, to and including thirty days from the date this order is filed, in which to file an opposition to defendant's motion to dismiss. Defendant shall file a reply brief within 14 days from the date any opposition is filed.

The clerk shall mail a copy of the order to show cause in this matter to petitioner along with this order.

IT IS SO ORDERED.

DATED: __11/17/08__              *Ronald M. Whyte*
                                 RONALD M. WHYTE
                                 United States District Judge

Order to Show Cause
G:\PRO-SE\SJ.Rmw\HC.08\Madden907eot.wpd          1