*E-FILED - 2/12/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIFFORD M. MADDEN,<br><br>    Petitioner,<br><br>  v.<br><br>BEN CURRY, Warden,<br><br>    Respondent._____/ | No. C 08-1907 RMW (PR)<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO RESPONDENT'S MOTION TO DISMISS<br><br>(Docket No. 7) |

    Petitioner has filed a motion for an extension of time in which to file his opposition to respondents' motion to dismiss. The court concludes that petitioner has shown good cause for such extension. Accordingly, petitioner's motion for an extension of time (docket no. 7) is GRANTED. Petitioner shall file his opposition, and serve a copy on respondents' counsel, **within thirty (30) days** of the filing date of this order. Respondents shall file a reply brief no later than **fifteen (15) days** after the date petitioner's opposition is filed. No further extensions will be favored.

    This order terminates docket no. 7.

    IT IS SO ORDERED.

DATED:   2/10/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Petitioner's Motion for Extension of time to File Opposition to Respondents' Motion to Dismiss
P:\PRO-SE\SJ.Rmw\HC.08\Madden907.EOT-OPP-MTD.wpd