*E-FILED - 5/11/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GIFFORD M. MADDEN, | ) | No. C 08-1907 RMW (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| B. CURRY, Warden, | ) | |
| Respondent. | ) | |

The court has granted respondent's motion to dismiss the petition as untimely. A judgment of dismissal is entered. The clerk shall close the file.

IT IS SO ORDERED.

Dated: 5/11/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\HC.08\Madden907jud.wpd